THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bobby Thompson, Appellant.
 
 
 

Appeal From Greenville County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2007-UP-375
 Submitted September 1, 2007  Filed
 September 18, 2007    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Bobby Thompson (Appellant) pled guilty
 to possession of marijuana with intent to distribute, failure to stop for a
 blue light, and resisting arrest.  He was sentenced to concurrent prison terms
 of four years for the marijuana offense, three years for failure to stop, and
 one year for resisting arrest.  
On appeal, counsel for Appellant has filed a final brief along
 with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.          
APPEAL DISMISSED.[1]
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1]  This case is decided without oral argument pursuant
to Rule 215, SCACR.